```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                         AT ROANOKE, VA
                                                              FILED

                                                          FEB 19 2008
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JONATHAN LEE RICHES, ) Civil Action No. 7:08-cv-00111; 7:08-cv-00112;
    Plaintiff, ) 7:08-cv-00113; 7:08-cv-00114; 7:08-cv-00115;
) 7:08-cv-00116; 7:08-cv-00117; 7:08-cv-00118;
) 7:08-cv-00119; 7:08-cv-00120; 7:08-cv-00121;
) 7:08-cv-00122; 7:08-cv-00123; 7:08-cv-00124;
) 7:08-cv-00125; 7:08-cv-00126; 7:08-cv-00127;
) 7:08-cv-00128; 7:08-cv-00129; 7:08-cv-00130;
) 7:08-cv-00131; 7:08-cv-00132; 7:08-cv-00133;
) 7:08-cv-00134; 7:08-cv-00135; 7:08-cv-00136;
v. ) 7:08-cv-00138; 7:08-cv-00139; 7:08-cv-00140;
) 7:08-cv-00141; 7:08-cv-00142; 7:08-cv-00143;
) 7:08-cv-00144; 7:08-cv-00145; 7:08-cv-00146;
) 7:08-cv-00147; 7:08-cv-00149
)
) **FINAL ORDER**
)
VARIOUS DEFENDANTS. ) By: Samuel G. Wilson
) United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that

1. Riches' complaints in the above-referenced civil actions are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g);

2. Riches' requests to proceed in forma pauperis are **DENIED as MOOT**; and

3. The above-referenced cases will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 19th day of February, 2008.

                                                                                      United States District Judge